Jerome STERNLIEB, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51586.

Missouri Court of Appeals,
Western District.

Feb. 13, 1996.

Stephen J. Harris, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SMITH, JJ.

PER CURIAM:

### ORDER

Appeal of dismissal of Rule 24.035 motion for post-conviction relief as being untimely filed.

Judgment affirmed. Rule 84.16(b).